UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-24960-MGC

**AISHIA PETERSEN,**

    **Plaintiff,**

v.

**FOOT LOCKER RETAIL, INC.,
D/B/A CHAMPS SPORTS,**

    **Defendant.**
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff AISHIA PETERSEN and Defendant FOOT LOCKER RETAIL, INC., D/B/A CHAMPS SPORTS, by and through their respective undersigned counsel, stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above entitled action, in its entirety.  Each Party shall bear his or its own costs and fees, including attorneys' fees, incurred with this action.

Dated: June 22, 2021.

| | |
|---|---|
| ACACIA BARROS, P.A.<br>11120 N. Kendall Dr., Suite 201<br>Miami, Florida 33176<br>Telephone:  305-639-8381<br><br>/s/_____<br>Acacia Barros, Esq.<br>Florida Bar No. 106277<br>ab@barroslawfirm.com<br><br>*Counsel for Plaintiff* | AVILA RODRIGUEZ HERNANDEZ<br>MENA & GARRO LLP<br>2525 Ponce de Leon Blvd., Suite 1225<br>Coral Gables, FL 33134<br>Telephone: 305-779-3567<br><br>/s/Martha R. Mora_____<br>Martha R. Mora, Esq.<br>Florida Bar No. 648205<br> mmora@avilalaw.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2021, I electronically filed the foregoing with the Court using the CM/ECF System, which will send a notice of electronic filing to all attorneys of record.

/s/ *Acacia Barros*
Attorney for Plaintiff